9 So.2d 764

**William D. BENTON v. STATE.**

4 Div. 262.

Supreme Court of Alabama.
June 25, 1942.

Rehearing Denied Oct. 8, 1942.

Whaley & Whaley and Powell & Fuller, all of Andalusia, and Lee & Lee, of Dothan, for petition.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of William D. Benton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Benton v. State, 30 Ala.App. 526, 9 So.2d 762.

Writ denied.

All Justices concur, except KNIGHT, J., not sitting.